UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL AIRFREIGHT ASSOCIATES B.V.,<br><br>Plaintiff,<br><br>-against-<br><br>FREIGHT DIRECT LLC d/b/a GO FORWARD FREIGHT SERVICES and LIPA KRAUSZ a/k/a LEO KRAUSZ,<br><br>Defendants. | **ORDER**<br><br>26-CV-06315 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Plaintiff International Airfreight Associates B.V. is directed to file an update on the status of service of Defendant Lipa Krausz by Tuesday, October 20, 2026 at 5:00 p.m.

**SO ORDERED.**

Dated: October 16, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge