UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL AIRFREIGHT ASSOCIATES B.V.,

Plaintiff,

-against-

FREIGHT DIRECT LLC d/b/a GO FORWARD FREIGHT SERVICES and LIPA KRAUSZ a/k/a LEO KRAUSZ,

Defendants.

**ORDER**

26-CV-06315 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 14, 2026, Plaintiff International Airfreight Associates B.V. filed a Proposed Order to Show Cause Without Emergency Relief why the Court should not enter default judgment against Defendant Freight Direct LLC. (Doc. 14). The Court declines to sign Plaintiff's Proposed Order to Show Cause at this time.

The billing statement submitted in support of Plaintiff's request for attorneys' fees and costs (Doc. 15-3) is insufficiently specific to allow the Court to determine the reasonableness of the attorneys' fees. Plaintiff's request for attorneys' fees should include the dates and amount of time services were provided, the hourly rate at which services were charged, the name of the attorney performing the services, and a description of the services performed. *See Kirsch v. Fleet St., Ltd.*, 148 F.3d 149, 173 (2d Cir. 1998) ("Applications for fee awards should generally be documented by contemporaneously created time records that specify, for each attorney, the date, the hours expended, and the nature of the work done."). Additionally, Plaintiff provides no proof of costs other than this same billing statement, which provides no detail about the costs incurred other than the amounts.

Accordingly, Plaintiff is directed to file proof of attorneys' fees and costs consistent with this Order on or before November 4, 2026. Upon appropriate supplementation, the Court will take Plaintiff's request for the entry of default judgment against Defendant Freight Direct LLC by order to show cause under advisement.

**SO ORDERED.**

Dated: October 27, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge